ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Raytheon Company, Integrated Defense Systems | ) ASBCA No. 60784 |
| | ) |
| Under Contract No. W31P4Q-07-C-0151 | ) |

APPEARANCES FOR THE APPELLANT:

Paul E. Pompeo, Esq.
David Hibey, Esq.
Amanda J. Sherwood, Esq.
  Arnold & Porter Kaye Scholer LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:

Raymond M. Saunders, Esq.
  Army Chief Trial Attorney
MAJ Elinor J. Kim, JA
Robert B. Neill, Esq.
  Trial Attorneys

## ORDER OF DISMISSAL

The dispute which is the subject of this appeal having been settled, the appeal is hereby dismissed with prejudice.

Dated: 6 March 2018

LYNDA T. O'SULLIVAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60784, Appeal of Raytheon Company, Integrated Defense Systems, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals